**E-filed 10/15/07**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT LEE ROBINS, JR., <br><br> Plaintiff, <br><br> v. <br><br> A.A. LAMARQUE, et al., <br><br> Defendants. | C 02-4720 JF (PR) <br><br> [PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO FILE CONFIDENTIAL DOCUMENTS UNDER SEAL |

The Court has reviewed Defendants' Ex Parte Motion to File Confidential Documents Under Seal in Support of Defendants' Motion for Summary Judgment.

GOOD CAUSE APPEARING, the Court GRANTS the motion to file confidential documents under seal. The Court orders that the Confidential documents in support of Defendants' Motion for Summary Judgment, labeled AGO-CON-1 through AGO-CON-4 be sealed by the Court and not disclosed to Plaintiff or made part of the public record for a period of fifty (50) years.

Dated: __10/15/07__

_____
JEREMY FOGEL
United States District Judge

[Proposed] Order Granting Defs.' Mot. File Conf. Docs. Under Seal

Robins v. Lamarque, et al.
Case No. C 02-4720 JF (PR)

1